A97A0109. CORBIN et al. v. FARMEX, INC.
(506 SE2d 406)

BEASLEY, Judge.

In *Corbin v. Farmex, Inc.,* 227 Ga. App. 620 (490 SE2d 395) (1997), we reversed the trial court's grant of summary judgment to Farmex. The Supreme Court granted certiorari and reversed in *Farmex, Inc. v. Wainwright,* 269 Ga. 548 (501 SE2d 802) (1998). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Andrews, C. J., McMurray, P. J., Smith, Ruffin, Eldridge, JJ., and Senior Appellate Judge Harold R. Banke concur.*

DECIDED SEPTEMBER 1, 1998.

*Miller & Towson, Wallace Miller III, John D. Raines III*, for appellants.

*Reynolds & McArthur, W. Carl Reynolds, Katherine L. McArthur, Adams, Barfield, Dunaway & Hankinson, David B. Dunaway*, for appellee.